MAYER·BROWN

Mayer Brown LLP
350 South Grand Avenue
25th Floor
Los Angeles, California 90071-1503

Main Tel +1 213 229 9500
Main Fax +1 213 625 0248
www.mayerbrown.com

**Daniel D. Queen**
Direct Tel +1 213 229 5147
dqueen@mayerbrown.com

June 15, 2018

VIA EMAIL AND U.S. MAIL

HALUNEN LAW
Melissa S. Weiner
Amy E. Boyle
1650 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402

REESE LLP
Michael R. Reese
George V. Granade
100 West 93rd Street, 16th Floor
New York, New York 10025

THE SULTZER LAW GROUP PC
Jason P. Sultzer
Joseph Lipari
Adam Gonnelli
85 Civic Center Plaza, Suite 104
Poughkeepsie, New York 12601

Re:   *Valdes v. American Sugar Refining, Inc.*, No. 1:17-cv-05213 (E.D.N.Y.)

Dear Counsel:

I am an attorney at Mayer Brown LLP, counsel for defendant American Sugar Refining, Inc. ("ASR") in the above-referenced action. Pursuant to the Court's Individual Motion Practices and Rules, as well as the Court's May 11, 2018 scheduling order, we are serving today (a) ASR's Notice of Motion to Dismiss Plaintiff's First Amended Class Action Complaint, (b) ASR's Memorandum in Support of Its Motion to Dismiss, and (c) the Declaration of Daniel D. Queen in Support of the Motion to Dismiss, along with an accompanying exhibit.

Sincerely,

Daniel D. Queen

Mayer Brown LLP operates in combination with other Mayer Brown entities, which have offices in North America, Europe and Asia and are associated with Tauil & Chequer Advogados, a Brazilian law partnership.