MAYER•BROWN

Mayer Brown LLP
350 South Grand Avenue
25th Floor
Los Angeles, California 90071-1503

Main Tel +1 213 229 9500
Main Fax +1 213 625 0248
www.mayerbrown.com

**Daniel D. Queen**
Direct Tel +1 213 229 5147
dqueen@mayerbrown.com

August 15, 2018

VIA ECF AND OVERNIGHT MAIL

Hon. Carol Bagley Amon
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *Valdes v. American Sugar Refining, Inc.*, No. 1:17-cv-05213 (E.D.N.Y.)

Dear Judge Amon:

On behalf of defendant American Sugar Refining, Inc. ("ASR"), and pursuant to section 3(D)(ii) of Your Honor's Individual Motion Practices and Rules, enclosed please find courtesy copies of the following documents filed on August 15, 2018:

1. ASR's Notice of Motion to Dismiss, dated June 15, 2018;

2. ASR's Memorandum in Support of its Motion to Dismiss, dated June 15, 2018;

3. The Declaration of Daniel D. Queen in Support of ASR's Motion to Dismiss, dated June 15, 2018;

4. Exhibit A to the Declaration of Daniel D. Queen, consisting of the transcript of Your Honor's April 13, 2018 pre-motion conference;

5. Plaintiff Teresa Valdes' Memorandum in Opposition to ASR's Motion to Dismiss, dated July 30, 2018; and

6. ASR's Reply Memorandum in Support of its Motion to Dismiss, dated August 15, 2018.

Sincerely,

Daniel D. Queen

cc:    Magistrate Judge Peggy Kuo (*via overnight mail*)
       Melissa W. Weiner (*via email*)
       Michael R. Reese (*via email*)
       George V. Granade (*via email*)

Mayer Brown LLP

Hon. Carol Bagley Amon
August 15, 2018
Page 2

      Jason P. Sultzer (*via email*)
      Joseph Lipari (*via email*)
      Adam Gonnelli (*via email*)