

Mayer Brown LLP
350 South Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
United States of America

T: +1 213 229 9500
F: +1 213 625 0248
mayerbrown.com

**Dale Giali**
Partner
T: +1 213 229 9509
F: +1 213 576 8138
DGiali@mayerbrown.com

July 1, 2019

BY CM/ECF

Hon. Peggy Kuo
U.S. Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York

Re:   Valdes v. American Sugar Refining, Inc. (No. 17-cv-05213-CBA-PK)
      Joint Proposed Schedule

Dear Judge Kuo:

As requested by your Honor at today's Initial Scheduling Conference in the above-captioned matter, plaintiff Teresa Valdes ("Plaintiff") and defendant American Sugar Refining, Inc. ("ASR") hereby provide the Court with the parties' proposed schedule combining the proposed deadlines in both the June 20, 2019 Letter Motion to the Court and the joint Proposed Discovery Plan attached to that letter.  *See* ECF No. 41.  The parties propose the following deadlines:

- July 12, 2019:  Rule 26(a)(1) disclosures exchanged.[1]
- September 1, 2019:  Commencement of initial document requests and interrogatories.
- June 12, 2020:
    - Plaintiff's motion for Rule 23 class certification due.
    - Plaintiff's expert report(s) in support of class certification due.
- August 14, 2020:
    - ASR's opposition to Plaintiff's motion for class certification due.
    - ASR's expert report(s) in rebuttal to Plaintiff's class certification expert report(s) due.
    - ASR's motion(s) to exclude Plaintiff's class certification expert(s) due.
- September 11, 2020:
    - Plaintiff's reply in support of motion for class certification due.
    - Plaintiff's expert report(s) in rebuttal to ASR's expert report(s) in rebuttal to Plaintiff's class certification expert report(s) due.

---

[1] The proposed schedule previously filed with the Court included a July 10, 2019 deadline for exchanging Rule 26(a)(1) disclosures.  In light of the holiday this week, the parties have agreed to move that deadline to July 12, 2019.  This is the only change that the parties have made to the proposed schedule previously submitted to the Court.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).

Hon. Peggy Kuo
July 1, 2019
Page 2

- - Plaintiff's opposition(s) to ASR's motion(s) to exclude Plaintiff's class certification expert(s) due.
  - Plaintiff's motion(s) to exclude ASR's class certification expert(s) due.
- October 5, 2020:
  - ASR's reply brief(s) in support of motion(s) to exclude Plaintiff's class certification expert(s) due.
  - ASR's opposition(s) to Plaintiff's motion(s) to exclude ASR's class certification expert(s) due.
  - ASR's motion(s) to exclude Plaintiff's rebuttal class certification expert(s) due.
- October 26, 2020:
  - Plaintiff's reply brief(s) in support of motion(s) to exclude ASR's class certification expert(s) due.
  - Plaintiff's opposition(s) to motion(s) to exclude Plaintiff's rebuttal class certification expert(s) due.
- November 9, 2020:
  - ASR's reply brief(s) in support of motion(s) to exclude Plaintiff's rebuttal class certification expert(s) due.
- October 2020 (at a date and time to be set by the Court): Hearing on motion for class certification.
- January 29, 2021: Completion of fact discovery.
- April 30, 2021: Dispositive motions due.

ASR and Plaintiff agree to make their respective expert witnesses available for deposition upon prompt request by either party. They further agree that upon the Court's ruling on Plaintiff's motion for class certification, the parties shall meet and confer within 14 days of the Court's order and prepare a status report identifying any additional time necessary to complete fact or expert discovery for trial.

Respectfully yours,

*/s/ Dale Giali*             */s/ Melissa Weiner*

Dale Giali             Melissa Weiner
Counsel for Defendant American Sugar     Counsel for Plaintiff Teresa Valdes
Refining, Inc.